No. 79–833. KONDRAT *v.* CITY OF WILLOUGHBY HILLS ET AL., 444 U. S. 1075;

No. 79–890. LAMERS DAIRY, INC., ET AL. *v.* SECRETARY OF AGRICULTURE, 444 U. S. 1077;

No. 79–894. PARKER *v.* TEXAS, 444 U. S. 1060;

No. 79–918. SHUFFMAN, EXECUTRIX *v.* HARTFORD TEXTILE CORP. ET AL., 444 U. S. 1078;

No. 79–942. SHUFFMAN, EXECUTRIX *v.* HARTFORD TEXTILE CORP. ET AL., 444 U. S. 1078;

No. 79–971. CEFALU *v.* GLOBE NEWSPAPER CO., 444 U. S. 1060;

No. 79–1001. SHUFFMAN, EXECUTRIX *v.* HARTFORD TEXTILE CORP. ET AL., 444 U. S. 1080;

No. 79–5360. MORRIS *v.* CATE-MCLAURIN CO. ET AL., *ante,* p. 917;

No. 79–5733. JONES ET UX. *v.* GEORGIA-PACIFIC CORP., 444 U. S. 1085;

No. 79–5744. ALDERMAN *v.* BALKCOM, WARDEN, 444 U. S. 1103;

No. 79–5777. HAYES *v.* BOARD OF TRUSTEES OF CLARK COUNTY SCHOOL DISTRICT, 444 U. S. 1061;

No. 79–5802. CLARK *v.* PAYNE ET AL., 444 U. S. 1088;

No. 79–5830. BOWDEN *v.* ZANT, WARDEN, 444 U. S. 1103;

No. 79–5872. HARRISON *v.* NAIFEH, JUDGE, ET AL., *ante,* p. 932;

No. 79–5893. YOUNG *v.* INDIANA, *ante,* p. 906;

No. 79–5917. HUNT *v.* GREENBERG, DISTRICT ATTORNEY OF ALBANY COUNTY, ET AL., *ante,* p. 918.

No. 79–5929. TAYLOR *v.* CITY OF ATLANTA ET AL., *ante,* p. 907; and

No. 79–5973. SELLARS *v.* COMMUNITY RELEASE BOARD OF CALIFORNIA, *ante,* p. 919. Petitions for rehearing denied.

No. 78–1548. CALIFORNIA BREWERS ASSN. ET AL. *v.* BRYANT ET AL., 444 U. S. 598. Petition for rehearing denied. MR. JUSTICE POWELL and MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.